**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Hosea Fanadise HAMPTON,**
**Defendant—Appellant.**

**No. 11–6216.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 13, 2011.

Hosea Fanadise Hampton, Appellant Pro Se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

238

PER CURIAM:

Hosea Fanadise Hampton appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Hampton,* No. 1:99–cr–00320–JAB–1 (M.D.N.C. Jan. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*